# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA



James L. Corpening, Jr.
Chief U.S. Probation Officer

310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
919-861-8665
Fax: 919-861-5555

**DATE:** April 3, 2018

**FROM:** Erica W. Foy
U.S. Probation Officer

**SUBJECT:** THOMPSON, JR., Larry Edward
Case No.: 5:04-CR-305-3BO
<u>Request for Early Termination</u>

**TO:** Terrence W. Boyle
U.S. District Judge

On April 12, 2005, pursuant to a guilty plea to Conspiracy to Distribute and Possess With Intent to Distribute More Than 50 Grams of Cocaine Base (Crack) and More Than 500 Grams of Cocaine, Larry Edward Thompson, Jr. appeared in United States District Court for the Eastern District of North Carolina, and was sentenced to 138 months of imprisonment and 5 years supervised release.

The defendant was released from custody on February 27, 2015, and began supervision in the Eastern District of North Carolina.

He has performed satisfactorily on supervision. He has submitted to DNA testing, all drug screens have been negative, and he has been on low intensity supervision since September 2016. His term of supervised release is set to expire on February 26, 2020.

The probation office is requesting early termination. The U.S. Attorney's Office has been contacted and they have no objection to our request. Please indicate the court's preference by marking the appropriate selection below.

☑ I agree with the recommendation and have signed the enclosed Order.
☐ I disagree with the recommendation. I will reconsider in one year.
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_Terrence Boyle_                    4·4·18
Terrence W. Boyle                   Date
U.S. District Judge

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.  Crim. No. 5:04-CR-305-3BO

**LARRY EDWARD THOMPSON, JR.**

On February 27, 2015, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/Jeffrey L. Keller<br>Jeffrey L. Keller<br>Supervising U.S. Probation Officer | /s/Erica W. Foy<br>Erica W. Foy<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8665<br>Executed On: April 3, 2018 |

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___7___ day of ___April___, 2018.

Terrence W. Boyle
U.S. District Judge